

# Fourth Court of Appeals
## San Antonio, Texas

January 13, 2022

No. 04-21-00321-CR

Charles I. **COPELAND**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR10159
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

After consideration, we **GRANT** appellant's motion for extension of time to file his brief. Appellant's motion is due on or before **February 7, 2022.** Any further request for extension of time will be disfavored.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of January, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court